Siegel Cooper Company. No opinion. Motion for stay granted. Settle order on notice. See, also, 151 N. Y. Supp. 1117.

In re GIBSON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of William Gibson, deceased. No opinion. Motion granted. Question certified. Order filed. See, also, 151 N. Y. Supp. 459.

GILLETT, Appellant, v. BRISCOE & LOCK ENGINEERING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Charles W. Gillett against the Briscoe & Lock Engineering Company. D. C. Muhleman, of New York City, for appellant. F. H. Mills, of New York City, for respondent. No opinion. Order reversed with $10 costs and disbursements, and motion denied, without costs, on the ground that the bill of particulars served pending the motion is sufficient. Order filed.

GIMBERNAT, Respondent, v. GIMBERNAT, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Ruth M. Gimbernat against Jules R. Gimbernat. P. Carpenter, of New York City, for appellant. L. Ogust, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

GINSBERG v. TRIANGLE WAIST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Henrietta Ginsberg against the Triangle Waist Company. No opinion. Motion granted, with $10 costs. Order filed.

GINSBERG v. TRIANGLE WAIST CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Isidor Ginsberg against the Triangle Waist Company. No opinion. Motion granted, with $10 costs. Order filed.

GLOBE WOOLEN CO., Appellant, v. UTICA GAS & ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the Globe Woolen Company against the Utica Gas & Electric Company.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 151 App. Div. 184, 136 N. Y. Supp. 24; 151 N. Y. Supp. 1118.

MERRELL, J., not sitting.

GLOBE WOOLEN CO. v. UTICA GAS & ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by the Globe Woolen Company against the Utica Gas & Electric Company. No opinion. Motion granted. See, also, 151 N. Y. Supp. 1118.

GLOVER v. NATIONAL BANK OF COMMERCE. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Laura Glover against the National Bank of Commerce. No opinion. Motion for extension of time granted, on condition that papers are filed and case ready for argument on March 16th. Settle order on notice. See, also, 156 App. Div. 247, 141 N. Y. Supp. 409.

GODDARD, Respondent, v. BIGELOW, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Charles H. Goddard against Warren Bigelow.

PER CURIAM. We think but one cause of action is stated, and in our opinion it is an action for assault, and not for trespass. Order affirmed, with $10 costs and disbursements.

GOODENOUGH v. WOOD HARMON WARRANTY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Elizabeth Goodenough against the Wood Harmon Warranty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1088.

GOULD, Appellant, v. GOULD et al., Respondents. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by George J. Gould against Howard Gould and another. R. B. Knowles, of New York City, for appellant. W. L. Marshall, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

GOURD v. HEALY. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Henry E. Gourd against Thomas Healy. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1006.

GRAEF et al., Respondents, v. TRUMBULL MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Graef and another against the Trumbull Motor Car Company. J. A. Gray, of New York City, for appellant. A. B. Hano, of New York City, for respondents. No opinion. Order modified, by reducing attachment to $3,500, and, as so modified, affirmed, without costs. Settle order on notice.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners, etc., of lands claimed to be injured by change of grade, etc., and claimed to be owned by Lila G. Dwyer and others. Proceeding No. 99. No opinion. Order affirmed, with costs.